IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) Case No. 5:18CR50002-001 |
| | ) |
| KENYAN ROANE | ) |
| a/k/a "KORDAI YOUNGPAYME ARNOLD" | ) |

## FINAL ORDER OF FORFEITURE

On April 3, 2018, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 21). In the Preliminary Order of Forfeiture,

A. ZTE cellphone, serial number 325175620081;
B. Samsung Galazy J7; and
C. LG Cricket cellphone, serial number 708CYVU013455

were forfeited to the United States pursuant to 18 U.S.C. § 1594 and 18 U.S.C. § 2428.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On May 11, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was June 7, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the Plea Agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on April 3, 2018, shall become final at this time.

IT IS SO ORDERED this 6th day of August, 2018.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE